Case 2:23-cv-00248   Document 49   Filed on 03/17/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JAMIN STOCKER, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:23-CV-00248 |
| § | |
| TDCJ STAFF, *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
TO DENY PLAINTIFF'S MOTIONS**

On February 14, 2025, United States Magistrate Judge Julie K. Hampton issued her "Memorandum and Recommendation to Deny Plaintiff's Motions" (D.E. 47). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 47), and all other relevant

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Court

- **DENIES** Plaintiff's Motion for Preliminary Injunction (D.E. 45); and
- **DENIES** Plaintiff's Motion for Declaratory Relief (D.E. 44) and Motion for Prospective Injunction (D.E. 46) without prejudice to renew at a later time after Plaintiff has been able to conduct sufficient discovery and can provide evidentiary support for a dispositive summary judgment motion.

**ORDERED** on March 17, 2025.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE